UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL C. GRAYSON,

Plaintiff,

v.

TRANSUNION, LLC, *et al.*,

Defendants.
_____________________________ /

Case No. 26-11706

F. Kay Behm
U.S. District Judge

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

Plaintiff Michael Grayson filed this action on May 21, 2026. ECF No. 1. The court granted Plaintiff's application to proceed *in forma pauperis* (ECF No. 2), and ordered him to complete the service documents (ECF No. 5). When Plaintiff failed to respond to that order, the court ordered him to show cause why this case should not be dismissed for failure to prosecute (ECF No. 6). No response was received.

When dismissing a case for failure to prosecute, the court should consider: (1) whether the party's failure is due to willfulness, bad faith, or fault; (2) whether the adversary was prejudiced by the dismissed party's conduct; (3) whether the dismissed party was warned that

failure to cooperate could lead to dismissal; and (4) whether less drastic sanctions were imposed or considered before dismissal was ordered. *Wu v. T.W. Wang, Inc.*, 420 F.3d 641, 643 (6th Cir. 2005) (citing *Knoll v. American Tel. & Tel. Co.*, 176 F.3d 359, 363 (6th Cir. 1999)). In this case, although there is no specific prejudice to the Defendants because none has been served, the fault for failure to submit the service documents and for failure to respond to the show cause order lies solely with Plaintiff, Plaintiff was warned that failure to comply could lead to dismissal, and because this case cannot proceed in this posture, there is no lesser sanction available. This case is therefore dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED**.

Date: July 28, 2026

s/ F. Kay Behm
F. Kay Behm
United States District Judge